PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ELIZABETH CHAVEZ

ANDERIES & GOMES LLP
Allan J. Gomes (SBN 225810)
601 Montgomery Street, Suite 888
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
agomes@andgolaw.com

Attorneys for Defendant
OHM SHREE LAXMI, LLC,
dba Days Inn by Wyndham Hayward Airport

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ<br><br>    Plaintiff,<br><br>v.<br><br>OHM SHREE LAXMI, LLC,<br><br>    Defendant. | CASE NO. 4:22-cv-02170-DMR<br><u>Civil Rights</u><br><br>**JOINT STATUS REPORT AND ORDER TO CONTINUE THE GENERAL ORDER 56 DEADLINES TO COMPLETE THE SETTLEMENT MEETING AND FOR FILING THE NOTICE OF NEED FOR MEDIATION**<br><br>Action Filed:  April 6, 2022 |

    Plaintiff ELIZABETH CHAVEZ and Defendant OHM SHREE LAXMI, LLC – Plaintiff and Defendants together the "Parties" – hereby submits the following status report pursuant to the Court's Order of September 28, 2022.  Additionally, the Parties stipulate and request that the Court extend the case deadlines associated with General Order 56 for the Parties to hold a

1

settlement meeting of the Parties and file a notice of need for mediation under General Order 56. This request for an extension of time of the case deadlines is based on the following good cause:

1. Plaintiff filed this action on April 6, 2022. Dkt. No. 1.
2. Defendant filed an Answer to the Complaint on June 2, 2022.  Dkt. No. 10.
3. The Parties were unable to find a mutually agreeable time to hold the site inspection pursuant to General Order 56.
4. On August 16, 2022, Plaintiff filed a motion to enforce General Order 56 requesting that the Court order Defendant to provide dates for a site inspection.  Dkt. No. 16. Defendant did not respond to Plaintiff's motion. The Court granted Plaintiff's motion and ordered the Parties to meet and confer to find a mutually agreeable date for the site inspection.  Dkt. No. 18.
5. The Parties ultimately held the joint site inspection on September 28, 2022.  Plaintiff's access consultant needs at least three weeks to complete his report which will identify the barriers to access at the subject premises.
6. Plaintiff needs her access consultant's report in order to provide Defendant with a comprehensive demand to settle the injunctive relief in this matter.  The Parties agree that a settlement meeting will not be productive until Plaintiff has made her demand for injunctive relief.
7. The Parties jointly stipulate and request that the Court continue the case deadlines as follows:

   Deadline for Parties to hold a video conference meeting of parties: November 2, 2022

   Deadline to file a Notice of Need for Mediation:  November 9, 2022.

**IT IS SO STIPULATED.**

Date: October 5, 2022                              REIN & CLEFTON

                                                             _/s/ Aaron M. Clefton_
                                                         By AARON M. CLEFTON, Esq.
                                                         Attorney for Plaintiff
                                                         ELIZABETH CHAVEZ

| | | |
|---|---|---|
| 1 | Date: October 4, 2022 | ANDERIES & GOMES LLP |
| 2 | | */s/ Allan J. Gomes* |
| 3 | | By ALLAN J. GOMES, Esq.<br>Attorney for Plaintiff<br>OHM SHREE LAXMI, LLC |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on October 4, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Allan J. Gomes in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton, Esq.

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. The case deadlines are continued as follows:

  Deadline for Parties to hold a video conference meeting of parties: November 2, 2022

  Deadline to file a Notice of Need for Mediation: November 9, 2022.

Dated:  October 5, 2022

_____
Honorable Donna M. Ryu
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu — United States District Court, Northern District of California*

STIP TO CONT CASE DEADLINES
CASE NO. 4:22-cv-02170-DMR