UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br>   Plaintiff,<br>  v.<br>OHM SHREE LAXMI, LLC,<br>   Defendant. | Case No. 22-cv-02170-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Elizabeth Chavez filed a motion for leave to file a first amended complaint on March 10, 2023. [Docket No. 28.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on March 24, 2023, but no such opposition has been received. Defendant Ohm Shree Laxmi, LLC is ordered to respond by **April 5, 2023** and show cause for the failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by April 5, 2023, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: March 29, 2023



Donna M. Ryu
Chief Magistrate Judge